IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHNNY RIVERA, )
)
       Petitioner, )
) Civil Action No. 05-338 Erie
v. )
)
MARILYN BROOKS, )
)
       Respondent. )

## **MEMORANDUM ORDER**

      This petition for writ of habeas corpus was received by the Clerk of Court on November 14, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Magistrate Judge's Report and Recommendation, filed on November 30, 2006, recommended that the petition for writ of habeas corpus be dismissed as moot. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, his last address of record, and on Respondent.  Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation.  After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

        AND NOW, this 20th day of December, 2006;

        IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

        The Report and Recommendation of Magistrate Judge Baxter, filed on November 30, 2006, is adopted as the opinion of the Court.

                          s/   Sean J. McLaughlin
                                United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge